MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

NATHANAEL M. COUSINS (CABN 177944)
Assistant United States Attorney

  150 Almaden Blvd., Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5061
  Facsimile: (408) 535-5066
  E-Mail:   nat.cousins@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-00896 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **PRELIMINARY ORDER OF FORFEITURE** |
| JOSE VINCENT GONZALEZ, | ) | |
| Defendant. | ) | |

    Having considered the Plea Agreement wherein the defendant admitted to the forfeiture allegation in the Indictment and agreed to forfeit the firearm and ammunition identified in the Plea Agreement, and good cause appearing,

    IT IS HEREBY ORDERED that defendant JOSE VINCENT GONZALEZ shall forfeit to the United States the following property: Jager Model AP74 .22-caliber rifle, serial number 77202, and 89 rounds of .22-caliber ammunition.

    IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, an official government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General

Preliminary Order of Forfeiture
U.S. v. Gonzalez; CR 10-00896 DLJ

may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this  24th  day of  March  2011.

_____
HONORABLE D. LOWELL JENSEN
United States District Court Judge

Preliminary Order of Forfeiture
U.S. v. Gonzalez; CR 10-00896 DLJ            2